# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1841

_____

Ronnie L. Hankins

*Plaintiff - Appellant*

v.

Philip Anderson, et al.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 19, 2019
Filed: December 23, 2019
[Unpublished]

_____

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Ronnie Hankins sued correction officers Leann Crews and Kyle Webb alleging they were deliberately indifferent to his serious medical needs when they failed to provide him toothpaste for six weeks while he was in administrative segregation, which caused swelling and infection of his gums. The summary judgment record established the Hankins received medical and dental care

during this period. No medical professional diagnosed him with swollen or infected gums, and he purchased toothpaste from the canteen near the end of this period for $1.78. Hankins appeals the district court's[1] grant of summary judgment dismissing these claims. The claims were frivolous. We affirm.

The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.